# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 203 WAL 2014
:
                 Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v. :
:
:
:
CALVIN LAWRENCE MALLORY, JR., :
:
                Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.